IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL JOHNSON,                          )
                                          )
              Petitioner,                 )
                                          )
vs.                                       )        Case No. 18-CV-2023-SMY
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
              Respondent.                 )

**MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

Petitioner Michael Johnson filed this habeas corpus action pursuant to 28 U.S.C. § 2555 to collaterally attack his conviction (Doc. 1). Johnson argued that his defense attorney failed to move for a competency hearing, pressured him into pleading guilty, and allowed him to be convicted of the charged offenses without him admitting to their factual basis. He also argued that his appellate counsel on direct appeal was ineffective. The Court ultimately dismissed Johnson's Petition with prejudice (Doc. 14). This case is now before the Court for consideration of Johnson's Motion to Proceed *in Forma Pauperis* ("IFP") on Appeal (Doc. 22).

The Court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Johnson identifies "ineffective assistance of counsel" as an issue that he intends to appeal and provides necessary details regarding his financial condition. Based on that information, the Court finds that he is indigent and that his appeal is taken in good faith. Accordingly, Johnson's Motion to Proceed *in Forma Pauperis* on Appeal (Doc. 22) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:  November 28, 2022**

**STACI M. YANDLE**
**United States District Judge**